1058

[No. 50742-7-I.   Division One.   March 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JAY HAN OHM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-11106-6, Anthony P. Wartnik, J., entered June 19, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50942-0-I.   Division One.   March 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES FOLA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-8-01555-1, Dale B. Ramerman and Julie Spector, JJ., entered July 29, 2002. *Reversed* by unpublished per curiam opinion.

[No. 51128-9-I.   Division One.   March 3, 2003.]

ROGER LEE BAKER, *Petitioner*, v. JAMES C. KOTLIK, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-17415-9, Richard McDermott, J., entered August 28, 2002. *Reversed* by unpublished per curiam opinion.